



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                    )  Case No. 2:10-cr-00501-GEB-3
      Plaintiff,  )
                                    )
  v.  )  ORDER FOR RELEASE OF PERSON
                                    )  IN CUSTODY
LUIS TORRES-HERNANDEZ,  )
                                    )
      Defendant.  )
_____)

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Luis Torres-Hernandez** from custody.

IT IS SO ORDERED.

Date: April 27, 2012

_____
Garland E. Burrell Jr.
UNITED STATES DISTRICT JUDGE

1