


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Case No. 2:10-cr-00501-GEB-3
            Plaintiff,      )
                            )
    v.                      )   ORDER FOR RELEASE OF PERSON
                            )   IN CUSTODY
LUIS TORRES-HERNANDEZ,      )
                            )
            Defendant.      )
_____)

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Luis Torres-Hernandez** from custody.

IT IS SO ORDERED.

Date: April 27, 2012

_____
Garland E. Burrell Jr.
UNITED STATES DISTRICT JUDGE

1